## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **S.M. v. Oxford Health Plans (NY) Inc. et al**    Docket No.: **2012-cv-04679**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Charles Matays**

Firm: **The Matays Law Group PLLC**

Address: **271 Madison Avenue, Ste. 705, New York, NY 10016**

Telephone: **(212) 213-5000**    Fax: **(212) 725-6677**

E-mail: **charles.matays@matays.com**

Appearance for: **S.M./Appellant**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Gabriel Berg/Kennedy Berg LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **March 26, 2015**    OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Charles Matays**