

September 1, 2015

**Via ECF**

Deputy Clerk
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:   *S.M. v. Oxford Health Plans (NY), Inc. et al*,
      Docket No. 15-cv-1234

Dear Deputy Clerk:

The undersigned hereby notifies the Court and the parties of the withdrawal of Erin M. Secord as counsel for Defendants-Appellees Oxford Health Plans (NY), Inc., a/k/a Oxford Health Insurance, Inc., Oxford Health Plans, LLC, UnitedHealthcare Services, Inc., and UnitedHealth Group Incorporated. Attorneys Richard A. Ross and John F. Kapacinskas of Fredrikson & Byron P.A. will continue to represent Oxford Health Plans (NY), Inc., a/k/a Oxford Health Insurance, Inc., Oxford Health Plans, LLC, UnitedHealthcare Services, Inc., and UnitedHealth Group Incorporated.

Best regards,

Erin M. Secord
*Attorney at Law*
**Direct Dial:** 612.492.7446
**Email:** esecord@fredlaw.com

EMS/nmb


cc:  Counsel for Appellant (via ECF)



56763661_1.docx

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax   612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com   / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES:
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / Monterrey, Mexico / Shanghai